**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION**

| | |
|---|---|
| EMMA BROWDER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 0:20-cv-02603-MGL |
| | ) |
| EVEREST RECEIVABLE SERVICES, INC., | ) |
| | ) |
|     Defendant. | ) |

### **NOTICE OF SETTLEMENT**

Plaintiff, EMMA BROWDER, ("Plaintiff"), through her attorney, Chauntel D. Bland, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

DATED: March 04, 2021               RESPECTFULLY SUBMITTED,

                                    By: /s/ Chauntel D. Bland_____
                                        Chauntel D. Bland, Esquire
                                        463 Regency Park Drive
                                        Columbia, SC 29210
                                        Tel: (803) 319-6262
                                        Fax: (866) 322-6815
                                        chauntel.bland@yahoo.com

1

**CERTIFICATE OF SERVICE**

I certify that on March 4, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Chauntel D. Bland
Chauntel D. Bland

2