**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | |
|---|---|
| EMMA BROWDER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 0:20-cv-02603-MGL |
| | ) |
| EVEREST RECEIVABLE SERVICES, INC., | ) |
| | ) |
|     Defendant. | ) |

## **STIPULATION TO DISMISS**

Plaintiff, EMMA BROWDER, and Defendant, EVEREST RECEIVABLE SERVICES, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: May 3, 2021        RESPECTFULLY SUBMITTED BY:

| | |
|---|---|
| /s/ Chauntel D. Bland | /s/ Brendan Little |
| Chauntel D. Bland, Esquire | Brendan Little |
| 463 Regency Park Drive | Lippes Mathias Wexler Friedman, LLP |
| Columbia, SC 29210 | 50 Fountain Plaza, Suite 1700 |
| Tel: (803) 319-6262 | Buffalo, NY 14202-2216 |
| Fax: (866) 322-6815 | 716.218.7570 |
| chauntel.bland@yahoo.com | Fax: 716.853.5199 |
| Attorney for Plaintiff | blittle@lippes.com |
| | Attorney for Defendant |

1

## CERTIFICATE OF SERVICE

I certify that on May 3, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Chauntel D. Bland
Chauntel D. Bland